JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSIE MENCHACA,<br><br>Plaintiff,<br><br>v.<br><br>BARCLAYS BANK DELAWARE and SUTTELL & HAMMER, P.S.,<br><br>Defendant. | Case No. 2:24-cv-03126-FMO-E<br><br>**ORDER ON STIPULATION [24]** |

Pursuant to the Parties' stipulation, Plaintiff Rosie Menchaca's claims against Defendant Barclays Bank Delaware and Defendant Suttell & Hammer, P.S., are dismissed with prejudice. Each party shall bear its own attorney's fees and costs.

**IT IS SO ORDERED.**

DATED: November 6, 2024                    _____/s/_____
                                           THE HON. FERNANDO M. OLGUIN
                                           UNITED STATES DISTRICT JUDGE